[No. 70909-7-I.   Division One.   August 25, 2014.]

*In the Matter of the Guardianship of* DOROTHY MAY KERTIS.

DIANNA PARISH, *Respondent*, v. TERRY L. KERTIS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 09-4-00260-6, John M. Meyer, J., entered August 15, 2013 and September 11, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Verellen, A.C.J., and Becker, J.

[No. 71152-1-I.   Division One.   August 25, 2014.]

*In the Matter of the Marriage of* JONATHAN ARRAS, *Petitioner*, and LAURA ARRAS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-3-04793-0, Laura C. Inveen, J., entered October 16, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Lau, JJ.

[Nos. 43358-3-II; 43365-6-II.   Division Two.   August 26, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRO DE JON DAGRACA, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. COREY DUAWAYN YOUNG, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 11-1-04678-0, Ronald E. Culpepper, J., entered April 23, 2012. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bjorgen, A.C.J., and Maxa, J.